# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PEARL RAILROAD ASSEMBLY YARD, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AHS RESIDENTIAL, LLC, <br><br> Defendant. | Civil Action No. <br> 1:21-cv-02523-TWT |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Pearl Railroad Assembly Yard, LLC ("PRAY"), voluntarily dismisses this action. PRAY expressly reserves all rights and defenses.

On June 21, 2021, PRAY filed this action against Defendant, AHS Residential, LLC ("AHS"), based on diversity jurisdiction. On July 28, 2021, AHS filed a motion to dismiss arguing that this Court lacks subject matter jurisdiction because a member of a member of AHS is a Delaware corporation, which AHS argued means that the Court lacks diversity jurisdiction as PRAY also has a Delaware member.

As of this date, AHS has not filed an Answer or Motion for Summary Judgment. Accordingly, PRAY, as a matter of right, dismisses this action without leave of court and without prejudice.

Respectfully submitted this 11th day of August, 2021.

                Respectfully submitted,

                */s/ Janine Cone Metcalf*
                Janine Cone Metcalf
                Ga. Bar No. 503401
                Email:jmetcalf@jonesday.com
                Telephone: 404.581.3939
                Direct: 404.581.8656

                Michael J. McConnell
                Ga. Bar No. 485003
                Email:mcconnell@jonesday.com
                Telephone: 404.581.3939
                Direct: 404.581.8526

                Connor R. Kring
                Ga. Bar No. 901541
                Email: ckring@jonesday.com
                Telephone: 404.581.3939
                Direct: 404.581.8764

                JONES DAY
                1221 Peachtree Street, N.E.
                Suite 400
                Atlanta, GA 30361-3053

-and-

Frank W. DeBorde
GA. Bar No. 215415
Email: fwd@mmmlaw.com
Telephone: 404.233.7000
Direct: 404.504.7714

Lisa Wolgast
GA Bar No. 773399
Email: lwolgast@mmmlaw.com
Telephone: 404.233.7000
Direct: 404.504.7748

MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, Georgia 30326

Attorneys for Plaintiff, Pearl Railway Assembly Yard, LLC

## CERTIFICATE OF SERVICE

I certify that on August 11, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day upon all attorneys of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Janine Cone Metcalf*
Janine Cone Metcalf